**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00855-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

Before the Court is appellant's December 23, 2014, unopposed motion to extend time to file appellant's reply brief. We **GRANT** the motion and **ORDER** appellant to file its brief no later than January 22, 2015.

/s/    CRAIG STODDART
           JUSTICE